FILED _____ ENTERED
LOGGED _____ RECEIVED

JAN 2 2 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

KYH/PRR USAO#2025R00701

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. ABA-26-35 |
| v. | (Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(b)(1)(A); Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)) |
| BRIAN WILLIAMS, | |
| Defendant. | |

### INDICTMENT

### COUNT ONE
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

On or about October 24, 2025, in the District of Maryland, the Defendant,

**BRIAN WILLIAMS,**

did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(A)
18 U.S.C. § 2

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about October 24, 2025, in the District of Maryland, the Defendant,

**BRIAN WILLIAMS,**

did knowingly and intentionally possess with the intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(A)
18 U.S.C. § 2

**COUNT THREE**
**(Possession of a Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about October 24, 2025, in the District of Maryland, the Defendant,

**BRIAN WILLIAMS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a FN Five-seveN 5.7x28mm handgun, bearing serial number 386337432; a FN Five-seveN 5.7x28mm handgun bearing serial number 386386789; a Sig Sauer P365 9mm handgun, bearing serial number 66F812308; a Glock 30 Gen4 .45 caliber handgun, bearing serial number BZVR776; approximately fifty (50) rounds of 5.7x28mm caliber ammunition; approximately thirty-six (36) rounds of 9mm caliber ammunition; and approximately nineteen (19) rounds of .45 caliber ammunition; and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT FOUR
### (Possession of a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about September 16, 2024, in the District of Maryland, the Defendant,

**BRIAN WILLIAMS,**

did knowingly possess a firearm, that is, a FN Five-seveN 5.7x28mm handgun, bearing serial number 386337432, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841, as alleged in Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Counts One through Four of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offenses alleged in Counts One or Two, the Defendant,

**BRIAN WILLIAMS,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offenses alleged in Counts Four or Five of this Indictment, the Defendant,

**BRIAN WILLIAMS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offenses.

## Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to:

   a. a forfeiture money judgment in the amount of proceeds the Defendant obtained as a result of the offense alleged in Counts One and Two of this Indictment

   b. a FN Five-seveN 5.7x28mm handgun, bearing serial number 386337432;

   c. a FN Five-seveN 5.7x28mm handgun bearing serial number 386386789;

   d. a SIG P365 9mm handgun, bearing serial number 66F812308;

   e. a Glock 30 Gen 4 .45 caliber handgun, bearing serial number BZVR776;

   f. approximately fifty (50) rounds of 5.7x28mm caliber ammunition;

   g. approximately thirty-six (36) rounds of 9mm caliber ammunition;

   h. approximately nineteen (19) rounds of .45 caliber ammunition;

   i. approximately $8,607.00 in U.S. currency seized from 3817 Woodridge Road, Baltimore, Maryland 21229, on or about October 24, 2025; and

   j. approximately $22,993.00 in U.S. currency seized from 1777 Simms Lane, Hannover, Maryland 21076, on or about October 24, 2025.

## Substitute Assets

5. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided

6

without difficulty, the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Kelly O. Hayes /PR*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

1/22/26
Date